MR
RECEIVED
5/28/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

____Derrell Draper_____
(Enter above the full name
of the plaintiff of plaintiffs in
this action)

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

1:25-cv-05966
Judge Joan H. Lefkow
Magistrate Judge Young B. Kim
PC4
RANDOM / CAT.3

____O. Ramos (as an individual/and official capacity)___

____K. Summers (as an individual/and official capacity)___

____R. Mata (as an individual/and official capacity)___

____V. Perrillo (as an individual/and official capacity)___

____Will County Sheriffs Office___

____City of Joliet_____
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

__X__ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statue, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I. **Plaintiff(s):**

    A.    Name: Darrell Draper

    B.    List all aliases: N/A

    C.    Prisoner identification number: 21-803

    D.    Place of present confinement: Will County Adult Detention Facility

    E.    Address: 95 S. Chicago St., Joliet Ill. 60436

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.    Defendant: O. Ramos

          Title: Correctional Officer

          Place of Employment: Will County Adult Detention Facility

    B.    Defendant: K. Summers

          Title: Correctional Officer

          Place of Employment: Will County Adult Detention Facility

    C.    Defendant: R. Mata

          Title: Deputy Chief

          Place of Employment: Will County Adult Detention Facility

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

I. **Plaintiff(s):**

   A. Name: Darrell Draper

   B. List all aliases: N/A

   C. Prisoner identification number: 21-803

   D. Place of present confinement: Will County Adult Detention Facility

   E. Address: 95 S. Chicago St., Joliet Ill. 60436

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: V. Perrillo

   Title: Deputy Chief

   Place of Employment: Will County Adult Detention Facility

   B. Defendant: Will County Sheriffs Office

   Title: Sheriffs

   Place of Employment: Will County, Illinois

   C. Defendant: City of Joliet

   Title: City

   Place of Employment: Will County, Illinois

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
N/A

D. List all defendants: _____
N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statues.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

My name is Derrell Draper at the Will County Adult Detention Facility (WCADF) ID#21-803. I am filing this complaint in prayers that my complaint be properly adjudicated and granted the relief requested due to following violations of my 4th, 8th, and 14th United States rights to be free from excessive force, cruel and unusual punishment, false imprisonment, failure to intervene, defamation of character emotional distress, failure to discipline, respondeat superior, and due process violations. These egregious violations stem from an incident that occurred on February 26, 2025 with c/o O. Ramos at approximately 5:30p.m. I was inquiring about a tablet in which my classification at the time, I was allowed one. Which the two other detainees under the same classification status as I already had one. I was ignored, and at about 5:00p.m. Ramos delivered food trays and I asked if I could receive a tablet now. He angrily refused to issue me one of the 4 remaining tablets and told me that he was not bringing another tablet to our dayroom. At approximately 5:20p.m. C/o K. Summers collected food trays in a similar fashion as Ramos delivered by opening the food hatches on the doors for the pod workers to collect. When my neighbor heard me asking for a tablet, he offered me his and specifically stated "he wasn't going to use it", but by this time pod workers had already closed his food hatch, however, mines remained open. Myself and my neighbor who was offering me his tablet, informed Summers of his willingness to give me his tablet and he stated let him him finish collecting and he would return with the key. However, instead of this common reasoning, Ramos returned to the pod with malice intent and a scowl on his face ignored all reasoning. When I attempted to explain to him the same scenario explained to Summers just minutes prior, Ramos got loud and belligerent and told me that even if my neighbor gave up his tablet Ramos would take it in the officer's office and give it to me when felt like it. At this point I wanted to speak to a sergeant because Ramos was smugly belligerent. Unfortunately, for me the only way to get a sergeant to respond in this instance was to not allow Ramos to shut my food hatch and accordingly he was supposed to radio and/or call a superior or response. However, that did not happen and instead Ramos maliciously and sadistically caused me unnecessary harm by repeatedly and excessively slamming the thick steel hatch on arm causing bruises, swelling,

4

and multiple lacerations. Summers who had full knowledge of the situation and was more reasonable than his partner, watched this all unfold from the officers desk and did not pursue his duty to intervene, and calm the situation in which he had a reasonable opportunity to do so and stop the assault. Rather, Summers built up the nerves to write up the incident report. So with no sign of help and in a desperate attempt to stop this malicious assault threw my small cup of coffee out the food hatch which gave me just enough time to pull my now battered arm back into my cell. I was immediately assessed, however, due to situation just occurring and my adrenaline still pumping, my arm didn't start to bother me until the next morning. When I grieved this Sgt. J. Quigley turned a blind eye and stated my actions caused my injuries. I was then falsely criminally charged with aggravated battery to a peace officer, and an article was issued in the media via (Joliet Patch) defaming my name and portraying me as a constant community threat. However, I appeared before the circuit court on February 28, 2025 and was rightfully acquitted of the aggravated battery to a peace officer against Ramos. However, the damage mentally, physically, and emotionally was already done. To add insult to injury I was still brought before the WCADF hearing board at the facility for the incident report that I was found not guilty of in criminal court, yet, I was denied due process and falsely imprisoned in segregation for 30 days for the same incident that was dismissed. The Will County Sheriffs Office as well as (then) Deputy Chief V. Perrillo, and (now) Deputy Chief R. Mata are also liable as this is not an isolated instance of excessive force on the part of Ramos as to their part to protect persons in custody from harm. As he was previously a member of the WCADF Emergency Response Team, but was demoted back to a regular pod officer for his egregious actions. Therefore, instead of relieving him completely, which would have prevented the incident that occurred with me because if he was demoted then being employed in the same environment was a foreseeable error.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

For the violations of my constitutional rights and the defamation of my character to the public and emotional and physical pain I am asking for punitive damages in the tun of $500,000 and also injunctive relief for the WCADF to properly train and discipline its officers and also for a impartial hearing board and to stop the defamation and prejudice to a pretrial defendants pending criminal cases through the use of Joliets local media Joliet patch.

VI.  The plaintiff demands that the case be tried by a jury.  [X] YES   [ ] NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 19th day of May, 20 25

_____
(Signature of plaintiff or plaintiffs)

Derrell Draper
(Print name)

74156 / 21-803
(I.D. Number)

W.C.A.D.F
95.5 Chicago st.
Joliet, IL 60436
(Address)

6

Derrell Draper #21-803
Will County Adult Det. Facility
95 S. Chicago Street.
Joliet, IL 60436

Clerk's Office, U.S. District Court
Prisoner Correspondence
219 S. Dearborn Street.
Chicago, IL 60604

RECEIVED
MAY 28 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT